# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRETT C. TITTLE,

    Petitioner,

v.                                        Case No. 08-CV-395

SHERIFF DAVID CLARK,
HONORABLE TIMOTHY DUGAN,
HONORABLE WAGNER,
HONORABLE FOLEY, and
ALEXANDER SKLENARZ,

    Respondents.

## ORDER

On May 9, 2008, U. S. Magistrate Judge Aaron E. Goodstein issued a recommendation pursuant to 28 U.S.C. § 636(b)(1), which recommended that the petitioner's petition for a writ of habeas corpus be dismissed. This recommendation was made due to the petitioner's failure to exhaust his state court remedies. Because no objections to the recommendation were filed, the court will adopt U. S. Magistrate Judge Aaron E. Goodstein's recommendation dated May 9, 2008. *See* 28 U.S.C. § 636(b)(1)(B) and (C); General Local Rule 72.3 (E.D. Wis.).

Accordingly,

**IT IS ORDERED** that the May 9, 2008 recommendation be and the same is hereby **ADOPTED**.

**IT IS FURTHER ORDERED** that the action be and the same is hereby **DISMISSED**.

The clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge